· May Term,
1861.

THE STATE *v.* HUEY and Others.

· VAUGHN
· v.
STUZAKER.

There is no such offense under our criminal code as public indecency.

APPEAL from the *St. Joseph* Common Pleas.

Saturday,
June 8.

*Per Curiam.*—This was a prosecution against the appellees for "public indecency."

On the trial the defendants were acquitted, but the State brings up the case upon points of law reserved during the progress of the trial. We have decided that there is no such offense as public indecency. *Jennings* v. *The State*, *ante*, p. 335. It follows that the record presents no legitimate question for our decision.

The appeal is dismissed.

*A. Johnson* and *R. L. Farnsworth*, for the State.